JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. dba GANDGBONDS, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ACTION IMMIGRATION BONDS AND INSURANCE SERVICES, INC.. d/b/a/ ACTION IMMIGRATION BONDING, a Florida corporation, ROBERT PRAGER, an individual, JUDY PRAGER, an individual, and JEREMY WOLF, an individual, inclusive,<br><br>Defendants. | **CASE NO:** CV 10-01162-PA (JEMx)<br><br>**STIPULATED PERMANENT INJUNCTION AND JUDGMENT**<br><br><br>Hon. Judge Percy Anderson |

//
//
//
//
//
//

-1-

Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. dba gandgbonds, ("G&G") having commenced this action for an injunction, damages, and other relief against Defendant Action Immigration Bonds and Insurance Services, Inc. dba Action Immigration Bonding, a Florida Corporation, Robert Prager, Judy Prager, and Jeremy Wolf ("Defendants") for Infringement of an Unregistered Trademark, False Advertising under the Lanham Act, 15 U.S.C. § 1051, et seq., Unfair Competition under the laws of the State of California, Unfair Business Practices in violation of the California Business and Professions Code, Section 17200, and Unauthorized Commercial Use of Name in violation of California Civil Code, Section 3344;

Defendants having been validly served with the summons and complaint in the above referenced matter, and having made a general appearance and consented to the Court's jurisdiction over the Defendants;

Defendants having stopped the conduct as alleged in the complaint immediately upon being served with the summons and complaint in this matter;

Defendants having entered into a Settlement Agreement with G&G and having stipulated to entry of this Permanent Injunction and Judgment;

Defendants having admitted that it engaged in the conduct as alleged in the Complaint, and that such conduct by the Defendants constitutes conduct in violation of all of the California and Federal statutes and common law claims as alleged in the complaint:

IT IS HEREBY ORDERED that Defendants, their agents, employees and representatives, and all persons acting in concert or in privity with any of them, are permanently enjoined from using the trademarks and tradenames of Gonzales & Gonzales Immigration Bonds, gandgbonds, gandgbonds.com, and g&g, alone or in combination with other words, symbols, or designs, in connection with marketing or advertisement for immigration bonds, as well as products and services which are complementary thereto, including but not limited to, use of

-3-

1  said trademark as an Internet keyword or metatag, or in connection with any
2  internet sponsored advertisements. Provided, however, that nothing contained
3  herein shall preclude the Action Defendants from using the tradename of G&G in
4  any comparative advertising (i.e., Action would be permitted to use the name of
5  G&G in any advertisement comparing its immigration program to that of
6  G&G's), as long as such comparative advertising is truthful, and neither
7  confusing or misleading.

8      IT IS FURTHER ORDERED that this Court has jurisdiction over the
9  parties and the subject matter of this action. This Court shall retain jurisdiction to
10 the extent necessary to enforce this Injunction.

12     SO ORDERED.

14 DATED: April 7, 2010

                                      Hon. Judge Percy Anderson
                                      United States District Court Judge